# **INDEX OF EXHIBITS**

Exhibit A    Proposed Notice

Exhibit B    RCA Handbook, pp. 11-12, 14, 22-25

Exhibit C    *http://www.rcahybrid.org/Apply*

Exhibit D    Screen shots

Exhibit E    Declaration of Marie Kruse ("Kruse Aff.") at ¶4

Exhibit F    Facebook Ads

Exhibit G    Declaration of Flora Burke at ¶¶ 3, 6

Exhibit H    Declaration of Julie Varchetti

Exhibit I    May 20, 2015 Email from RCA to J. Varchetti

Exhibit J    FLSA 2006-18 (June 1, 2006)