# EXHIBIT C



# Regina Caeli

### CLASSICAL HYBRID EDUCATION IN THE CATHOLIC TRADITION

ABOUT US  VISION  ACADEMICS  RCA LOCATIONS  ADMISSIONS

QUICK LINKS

## ADMISSIONS

## Admissions

APPLY NOW

### Admissions Process

We encourage all prospective families to schedule a tour at their closest Regina Caeli center prior to applying. This is usually the best discernment tool we can offer! If Regina Caeli is definitely for your family, the next step is submitting the application along with a *non-refundable application fee.*

Upon receipt of the application, the local coordinator of education will contact you to schedule a *family interview (both parents must be present)* at the center during class hours. The interview is very important to the admissions process, since Regina Caeli communities depend on awareness of and eagerness for the Regina Caeli model.

After the family interview, you will receive notice of acceptance and whether there is space for your child(ren) in their respective grade levels. Your student(s) will take the Regina Caeli assessments in Math, Language Arts, and Latin in the late spring or during the summer depending upon when admission to

Regina Caeli takes place. These assessments finalize the student's placement and ensure his or her success at Regina Caeli.

We look forward to hearing from you!

## Tuition and Fees

## Application and Assessment Fees

$175.00 online application fee per family
$ 50.00 1st-12th grade student entrance assessment fee/transcript review with a family max of $200.00*
*Due prior to the administration of assessments

## Tuition

### Drop Off Program - Mondays and Thursdays
$ 2250.00 per year per student Prek-3 – Full Day
$ 2750.00 per year per student Prek-4 - Full Day
$ 3000.00 per year per student Kindergarten - Full Day
$ 3250.00 per year per student for 1st - 6th grades
$ 3750.00 per year per student for 7th - 8th grades
$ 4000.00 per year per student for 9th - 12th grades

### Staff and Volunteer Membership - Mondays and Thursdays
$3250.00 per family per year for unlimited number of children
$650.00 per student for 7th - 12th grades

## Yearly Fees**

$185.00 one-time Family Supply Fee
$50.00 per child IOWA Testing Fee (1st-12th grades)
$45.00 Retreat Fee (7th-12th grades) (Retreat is mandatory)
$46.00 FACTS fee (Set up fee for tuition and family

account)

**A Family Fundraising goal per semester, as determined by the Board of Directors based on yearly budget needs.

Books ordered and purchased by family.

---

**Regina Caeli, Inc. Corporate Office**
1565 Holcomb Bridge Road
Roswell, GA 30076-2517

**Corporate/Business:** (678) 878-2500
**Admissions:** (470) 239-0259
Greta McDonough
gmcdonough@rcahybrid.org

**Satellite Inquiries:**
Kari Beckman, Executive Director
kbeckman@rcahybrid.org



Copyright © 2014-2016 Regina Caeli, Inc.