# EXHIBIT F

Regina Caeli Academy Connecticut
June 5, 2015 ·
Want to work for the best group of students in CT? See below! Regina Caeli Academy (www.rcahybrid.org), a home school resource center in the Catholic tradition, seeks part-time tutors for the 2015-2016 year. Located in Wilton, CT, RCA offers tutoring in a Socratic classroom setting on Mondays and Thursdays. The positions are salaried, and child care is provided!
Requirements include a love of learning and an Oath of Fidelity to the Catholic Church.
We seek tutors for both the 1st/2nd grade and the 6th grade. Please send your resume and a cover letter to Erika Ahern at eahern@rcahybrid.org.



Regina Caeli Academy Connecticut
November 26, 2014 ·
Regina Caeli Academy in Wilton, CT, seeks nursery assistant for January -May 2015. This is a part-time, hourly position that begins lAugust 18 at our campus on Danbury Road. The main requirements are a love of infants and an Oath of Fidelity to the Catholic Church.
Regina Caeli meets Mondays and Thursdays only from 8:00am - 3:30pm. $10/hour.
For more information, contact Karen D'Anselmi at kdanselmi.fcc@rcahybrid.org and visit our website: rcahybrid.org
Top of Form


Regina Caeli Academy Connecticut
September 3, 2014 ·
Reposting!
Two opportunities for part-time work in Bristol . . .
Regina Caeli Academy in Bristol, CT, is seeking a Nursery/Preschool Assistant for the 2014-2015 academic year. This is a part-time, hourly position that begins August 18th. The main requirements are a love of infants and young children and an Oath of Fidelity to the Catholic Church.
Regina Caeli meets Mondays and Thursdays only from 8:00am - 3:30pm. $10/hour. ...
For more information, contact Mary Liquori at mliquori.har@rcahybrid.org and visit our website: rcahybrid.org
Regina Caeli Academy in Bristol, CT, is seeking a High School religion, writing, and history tutor for the 2014-2015 academic year. This is a part-time, salaried position that begins as soon as possible. The main requirements are a love of learning, a desire to serve, a Bachelor's degree, and an Oath of Fidelity to the Catholic Church.
Regina Caeli meets Mondays and Thursdays only from 8:00am - 3:30pm.
For more information, contact Mary Liquori at mliquori.har@rcahybrid.org and visit our website: rcahybrid.org
See More