# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

JOHN G. KRUSE and MARIE KRUSE,

    Plaintiffs,

v.

REGINA CAELI, INC., et al.,

    Defendants.

Case No. 16-cv-10304-AJT-RSW
District Judge Arthur J. Tarnow
Magistrate Judge R. Steven Whalen

| | |
|---|---|
| KATHLEEN H. KLAUS (P67207)<br>Maddin Hauser Roth & Heller, P.C.<br>Attorney for Plaintiffs<br>28400 Northwestern Hwy, Second Floor<br>Southfield, MI 48034<br>(248) 359-7520<br>kklaus@maddinhauser.com | HENRY B. COONEY (P32199)<br>JASON G. BULBUK (P77640)<br>COURTNEY L. NICHOLS (P75160)<br>Plunkett Cooney<br>Attorneys for Defendants<br>38505 Woodward Avenue, Ste. 2000<br>Bloomfield Hills, MI 48334<br>(248) 901-4000/(248) 901-4040 Fax<br>hcooney@plunkettcooney.com<br>jbulbuk@plunkettcooney.com<br>cnichols@plunkettcooney.com |

## **STIPULATION FOR DISMISSAL**

    NOW COMES Plaintiffs, John G. Kruse and Marie Kruse, as well as, all Opt-In Plaintiffs, Julie Varchetti, Marie Potempski, Andrea Maciejewski, Flora Burke, and Christine Pilarski; and Defendants, Regina Caeli, Inc., et al., by and

through their respective undersigned counsel, and hereby stipulate and agree to the dismissal of this matter with prejudice and without costs to any party.

STIPULATED HERETO BY:

By: /s/Kathleen H. Klaus
KATHLEEN H. KLAUS (P67207)
Maddin Hauser Roth & Heller, P.C.
Attorneys for Plaintiffs

By: /s/Henry B. Cooney
HENRY B. COONEY (P32199)
Plunkett Cooney
Attorneys for Defendants

### ORDER FOR DISMISSAL

The Court having reviewed the foregoing Stipulation for Dismissal, and the Court being fully advised in the premises;

IT IS HEREBY ORDERED that this matter is dismissed, with prejudice and without costs to any party.

IT IS FURTHER ORDERED that this dismissal resolves any and all pending claims of Plaintiffs, John G. Kruse and Marie Kruse, as well as, all Opt-In Plaintiffs, Julie Varchetti, Marie Potempski, Andrea Maciejewski, Flora Burke, and Christine Pilarski in this matter.

This Order closes this case.

Dated: October 27, 2016              s/Arthur J. Tarnow
                                     SENIOR U.S. DISTRICT COURT JUDGE

*Open.00720.60033.17608044-1*